UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK WALLES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-917 SPM |
| | ) | |
| SIX UNKNOWN NAMES AGENTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff''s pro se complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Moreover, plaintiffs have neither paid the filing fee nor submitted separate motions to proceed in forma pauperis along with separate financial affidavits. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiffs a copy of the Court's form Civil Complaint and two copies of the Court's form Motion to Proceed In Forma Pauperis – Non Prisoner along with a CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiffs shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order. Plaintiffs are advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review. Each plaintiff must sign the complaint and any motion for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that plaintiffs shall either pay the $400 filing fee or submit separate motions to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiffs fail to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 23rd day of August, 2016.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE